JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DONNIEYELL FERGUSON, | ) No. CV 08-6460-JFW(CW) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| OFFICER McAUTHUR, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>November 17, 2009</u>

*/s/ John F. Walter*
JOHN F. WALTER
United States District Judge